No. 01–556. DeCarlo v. Archie Comic Publications, Inc. C. A. 2d Cir. Certiorari denied.

No. 01–557. Ermert v. Ayers, Warden. C. A. 9th Cir. Certiorari denied.

No. 01–559. TIG Insurance Co., Inc., et al. v. Michigan Department of Treasury, Revenue Division. Sup. Ct. Mich. Certiorari denied.

No. 01–560. New York Association of Convenience Stores et al. v. Roth, Commissioner, Department of Taxation and Finance of New York, et al. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 01–561. Speigner v. Alexander et al. C. A. 11th Cir. Certiorari denied.

No. 01–565. American Multi-Cinema, Inc. v. City of Warrenville. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 01–566. Board of Adjustment of the Township of North Bergen v. B. A. P. S. Northeast, Inc., et al. C. A. 3d Cir. Certiorari denied.

No. 01–582. Roedler et al. v. Department of Energy et al. C. A. Fed. Cir. Certiorari denied.

No. 01–589. Campbell v. Washington State Bar Assn. Sup. Ct. Wash. Certiorari denied.

No. 01–613. Prokop v. Department of Agriculture et al. C. A. 8th Cir. Certiorari denied.

No. 01–614. Cutler et al. v. Estate of Agostinelli et al. App. Ct. Conn. Certiorari denied.